USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: September 12, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWIN DIAZ

                                Plaintiff(s),        19 Civ. 6977 (LGS)

         -against-                              ORDER

KEH, INC.

                                Defendant(s).

------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: September 12, 2019
       New York, New York

                                                 **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**